# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00062-CV

**Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a/ Nelson Partners Property Management, Inc., Appellants**

**v.**

**TCG Skyloft Owner, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-21-001519, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Nelson Partners, LLC; NP Skyloft Equity, LLC; and Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc. appeal from the county court at law's writ of possession in favor of appellee TCG Skyloft Owners, LLC. Appellants and appellee have filed an agreed motion to abate this appeal until thirty days after the Travis County District Court renders a final judgment in a separate but related matter because such judgment may directly impact the issues in this appeal.

We grant the agreed motion and abate this appeal to allow the district court time to render judgment in the related matter. *See* Tex. R. App. P. 2, 43.6. The parties shall file a status report with this Court on or before August 1, 2022. The appeal will remain abated until further order of this Court. All appellate deadlines will be tolled during the period of abatement.

It is ordered on June 16, 2022.


Before Justices Goodwin, Baker, and Triana

Abated

Filed:   June 16, 2022